**Order entered November 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00999-CR

**JACKY SCOTT GARRETT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-81797-2012**

## ORDER

The Court **GRANTS** court reporter Janet Dugger's November 6, 2014 request for an extension of time to file the reporter's record only to the extent that we **ORDER** Ms. Dugger to file the record by **DECEMBER 23, 2014**.

/s/    ADA BROWN
JUSTICE